Circuit Court for Prince George's County
Case No. CAE-18-23035
Case No. CAE-19-08617
Argued: January 10, 2020

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG Nos. 8 & 64
September Term, 2018

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

ARLENE ADASA SMITH-SCOTT

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

PER CURIAM ORDER

Filed: January 10, 2020

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| ARLENE ADASA SMITH-SCOTT | * | Misc. Docket AG Nos. 8 & 64 September Term, 2018 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 10th day of January 2020,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Arlene Adasa Smith-Scott be, and she is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Arlene Adasa Smith-Scott from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Arlene Adasa Smith-Scott.

 /s/ Mary Ellen Barbera
Chief Judge